Janina M. Hoskins, fka Janina M. Elder
Chapter 7 Trustee
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 569-9508

Trustee in Bankruptcy



FILED

FEB - 9 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – San Francisco

| In re: | Case No. 03-32160 MD |
|---|---|
| APPLIED SOLUTIONS INC | Chapter 7 |
|  | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) |  |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $15,411.24. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Claimant Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| 000001 | Monica T. Wong<br>2200 Quintara St.<br>San Francisco, CA 94116 | $750.00 | $451.87 |
| 000012 | Alejandro Munoz-Lopez<br>39800 Fremont Blvd. Apt#182<br>Fremont, CA 94538 | $2,077.86 | $1,251.90 |
| 000015 | Cau Huu Nguyen<br>1520 East Capitol Expwy #94<br>San Jose, CA 95121 | $327.50 | $197.31 |
| 000020 | Bill M. McGrath<br>2400 Elliott Ave. Apt#213<br>Seattle, WA 98121 | $1,000.00 | $673.50 |
| 000024 | Monica Salazar<br>1985 Tate St. Apt#A301<br>East Palo Alto, CA 94303 | $597.84 | $360.19 |
| 000048 | Jocelyn Samson<br>3265 Cesar Chaves St.<br>San Francisco, CA 94110 | $356.16 | $214.59 |
| 000049 | Myesa L. Munoz<br>1650 Pomeroy Ave #4<br>Santa Clara, CA 95051 | $1,894.47 | $1,141.41 |

| | | | |
|---|---|---|---|
| 000050 | Lei Tian<br>941 Pacific Ave<br>San Francisco, CA 94133 | $198.00 | $119.29 |
| 000056 | Joyce Ann Miller<br>P.O. Box 743<br>Pinole, CA 94564 | $1,244.47 | $749.79 |
| 000059 | Howard Cummings<br>65 Summit Ave #2<br>Mill Valley, CA 94941 | $1,947.63 | $1,173.45 |
| 000043 | Patrick A. Dizon<br>1060 Williams St.<br>San Leandro, CA 94577 | $402.39 | $242.44 |
| 000067B | Keiko Marie Izumi<br>207 King St.<br>San Francisco, CA 94107 | $4,650.00 | $2,801.62 |
| 000071 | Cameron Lazzari<br>68 N 10th St.<br>San Jose, CA 95112 | $673.05 | $405.52 |
| 000077 | Commercial Casualty Insurance Company<br>5627 Gibraltar Dr.<br>Pleasanton, CA 94588 | $8,976.00 | $5,312.71 |
| 000081 | Lavina Perkins<br>2208 89th Ave<br>Oakland, CA 94605 | $92.00 | $55.44 |

Dated: January 11, 2011

Total Unclaimed Dividends    $15,411.24

Janina M. Hoskins, TRUSTEE